JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. CRAVENS,<br><br>            Plaintiff,<br><br>      vs.<br><br>STERIGENICS INTERNATIONAL, INC., and DOES 1 through 100, inclusive,<br><br>            Defendants. | CASE NO. 5:16-cv-02542-ODW-SP<br><br>[San Bernardino Superior Court Case No. CIVDS1611305]<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed:   July 14, 2016<br>Complaint Served: November 10, 2016 |

## [PROPOSED] ORDER

The Court has reviewed the Joint Stipulation of Dismissal of Entire Action with Prejudice (the "Stipulation") filed by Plaintiff James R. Cravens ("Plaintiff") and Defendant Sterigenics U.S., LLC (erroneously sued as "STERIGENICS INTERNATIONAL, INC.") ("Sterigenics") (collectively, the "Parties"):

IT IS HEREBY ORDERED that Plaintiff's Complaint in the above-referenced action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Pursuant to the Parties' Stipulation, each party shall bear their own respective attorneys' fees and costs incurred in this action.

IT IS SO ORDERED.

Dated:_February 22, 2017__          _____
                                    HON. OTIS D. WRIGHT II
                                    UNITED STATES DISTRICT JUDGE